**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

OHIO & VICINITY CARPENTERS'
FRINGE BENEFIT FUNDS, INC.,

        Plaintiff,                        Case No. 3:16-cv-498
                                                      Hon. Thomas M. Rose

v.

NPS f/k/a SOLID ROCK CONSTRUCTION,

        Defendant.

_____

## ORDER FOR DEFAULT JUDGMENT AGAINST DEFENDANT
## NPS F/K/A SOLID ROCK CONSTRUCTION

Upon Default (Doc 7) being entered by this Court against Defendant NPS F/K/A SOLID ROCK CONSTRUCTION, and the Court being otherwise fully advised of the premises;

**IT IS HEREBY ORDERED** that:

A.    Judgment is entered against Defendant NPS F/K/A SOLID ROCK CONSTRUCTION (Motion for Default Judgment Filed on March 30, 2017/Doc. 8).

B**.**    That Defendant, NPS F/K/A SOLID ROCK CONSTRUCTION, open the company's books and records within 14 days of entry of this Judgment in order for Plaintiff to conduct a complete audit through the present to determine the amount due and owing Plaintiff in unpaid contributions.

C**.**    This matter is referred to Magistrate Judge Ovington for further proceedings in accordance with this Order to make recommendations on all amounts determined to be due.

1

D. That the Court will amend its Judgment to include an amount determined due pursuant to the audit. Further, the Court shall amend this Judgment to include the mandates of 29 USC §1132(g)(2) on all amounts determined due herein and the updated audit, upon further submissions to this Honorable Court by Plaintiffs.

E. That the Defendants are enjoined from any further breach of the Collective Bargaining Agreement as same relates in any way to the payment of contributions to Plaintiff Fund.

F. That jurisdiction of this matter be retained pending compliance with the Court's orders.

May 22, 2017  \*s/Thomas M. Rose
_____
Judge Thomas M. Rose
United States District Court