UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

OHIO & VICINITY CARPENTERS' FRINGE
BENEFIT FUNDS, INC.,

                Plaintiffs,

v.                                                      Case No. 3:16-cv-498
                                                      Judge Thomas M. Rose

NPS f/k/a SOLID ROCK CONSTRUCTION,

                Defendant.

**ORDER FOR DEFAULT JUDGMENT AGAINST DEFENDANT NPS F/K/A SOLID ROCK CONSTRUCTION.**

Upon Plaintiff's Amended Motion for Entry of Default Judgment Against Defendant NPS F/K/A Solid Rock Construction (Doc 12) and an audit having been completed of fringes and penalties owed from work performed by the Defendant from January 1, 2016 – May 31, 2017 showing Defendant owes fringes and penalties totaling $62,318.41, Plaintiffs' motion is **GRANTED** and; IT IS HEREBY ORDERED that:

A. Judgment be entered against Defendant NPS F/K/A SOLID ROCK CONSTRUCTION in the amount of $80,099.30;

B. Defendant is to abide by all terms and conditions of the applicable Collective Bargaining Agreement regarding the payment of contributions, including, but not limited to, timely payment of contributions.

C. Jurisdiction of this matter is retained pending compliance with the Court's orders.

**DONE** and **ORDERED** in Dayton, Ohio, Friday, September 1, 2017.

s/Thomas M. Rose

———————————————
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE
